# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTHONY DUKE, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:09-cr-00437-GMN-RJJ <br><br> **ORDER CLOSING CASE DUE TO DEFENDANT'S DEATH** |

On August 26, 2011, this Court received notification from the United States Department of Justice, Federal Bureau of Prisons dated August 22, 2011 (ECF No. 41) that the above-named Defendant passed away.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall close this case.

DATED this 14th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge